IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAION WILLIAMS,

            Petitioner,

    vs.

STATE OF NEBRASKA,

            Respondent.

**8:21CV308**

**ORDER**

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing 9.) Petitioner filed a Notice of Appeal (filing 6) that was docketed on October 12, 2021. Petitioner appeals from the court's Memorandum and Order and Judgment dated September 7, 2021. (Filings 4 & 5.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing 9) is granted.

Dated this 9th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge